MARGARET S. SEAMANS, Appellant and Respondent, *v.* GULF REFINING COMPANY, Respondent and Appellant.

(Argued January 17, 1934; decided February 27, 1934.)

434

*Charles Eno* and *Gustave Nadel* for plaintiff, appellant and respondent.

*Charles H. Street* for defendant, respondent and appellant.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.